**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

GARY L. STEVENS,              :

   Plaintiff,                :

vs.                           :      CA 08-0418-KD-C

H & S HOMES, L.L.C., et al.,  :

   Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which defendants' exception is made (see doc. 24), the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 26, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** this 30th day of September, 2008.

                 s/ Kristi K. DuBose
                 **KRISTI K. DuBOSE**
                 **UNITED STATES DISTRICT JUDGE**