**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| GARY L. STEVENS, | : | |
| Plaintiff, | : | |
| vs. | : | CA 08-0418-KD-C |
| H & S HOMES, L.L.C., et al., | : | |
| Defendants. | | |

**JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the motion to remand filed in this case (Doc. 10) be and the same hereby is **GRANTED** and that this case be **REMANDED** to the Circuit Court of Dallas County, Alabama from whence it came.

**DONE** this 30th day of September, 2008.

    s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**